## SHELL OIL CO. *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA ET AL.

No. 863.   Decided February 27, 1967.

*Robert D. Mackenzie* for appellant.

*Thomas C. Lynch,* Attorney General of California, *James E. Sabine* and *Ernest P. Goodman,* Assistant Attorneys General, and *John J. Klee, Jr.,* Deputy Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BOGART *v.* REAGAN, GOVERNOR OF CALIFORNIA, ET AL.

No. 1044, Misc.   Decided February 27, 1967.

*Peter D. Bogart,* appellant, *pro se.*

*Warren M. Christopher* for appellee State Bar of California.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   The request for other relief is denied.